AO 455(Rev. 5/85) Waiver of Indictment



FILED

MAY -1 2008

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ANA BERENICE PALOS-MONTES | CASE NUMBER: 08CR1352-LAB |

I, ANA BERENICE PALOS-MONTES, the above named defendant, who is accused of

committing the following offense:

>    Importation of Cocaine, in violation of Title 21, United States Code, Sections 952
>    and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on __5/1/08__ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

X _____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer